IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA SCANDONE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE,[1] | : | NO. 05-4833 |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, on this 18th day of August, 2011, upon careful consideration of Plaintiff's Complaint (ECF No. 1) and Brief and Statement of Issues in Support of Request for Review (ECF No. 20), and the Commissioner's response thereto (ECF No. 23), and for the reasons in the accompanying Memorandum on Request for Review, it is hereby ORDERED as follows:

1. Plaintiff's request for review is DENIED and her Complaint is DISMISSED with prejudice.

2. The Clerk shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

A:\Scandone - Order.wpd

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d)(1), Michael J. Astrue is substituted for former Commissioner Jo Anne B. Barnhart as the defendant in this suit.